RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/16/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RONALD M. LELEAUX, JR. | CIVIL ACTION NO. 09-0618 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN OUACHITA PARISH CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections [Doc. No. 7] to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's pre-trial *habeas corpus* petition [Doc. No. 1] filed pursuant to 28 U.S.C. §2241 is DISMISSED WITHOUT PREJUDICE for failure to exhaust available state court remedies.

MONROE, LOUISIANA, this 16 day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE